ACCEPTED
06-15-00002-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
7/6/2015 4:55:11 PM
DEBBIE AUTREY
CLERK

## NO. 06-15-00002-CR

| | | |
|---|---|---|
| **BRADLEY LEROY THOMPSON** | § | **SIXTH COURT** |
| | § | 6th COURT OF APPEALS |
| **VS.** | § | **OF APPEALS** |
| | § | 7/6/2015 4:55:11 PM |
| **THE STATE OF TEXAS** | § | **STATE OF TEXAS** |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
7/6/2015 4:55:11 PM
DEBBIE AUTREY
Clerk

### APPELLEE'S FIRST MOTION FOR EXTENSION OF TIME TO FILE APPELLEE'S BRIEF

COMES NOW the State of Texas appellee, and moves this Court pursuant to Tex. R. App. Proc. 10.5 and 38.6 (D) for an extension of **thirty (30) day's** or until August 7, 2015, in which to file the appellee's brief herein. In support, appellee would show the following;

1. Appellant was charged with Possession of a Controlled Substance Listed in Penalty Group One of the Texas controlled Substances Act – With Intent to Deliver – Four Grams or More but Less than 200 Grams in State of Texas v. BRADLEY LEROY THOMPSON, Cause No. 16,737, 115th District Court of Upshur County, Texas.

2. On December 2, 2014, appellant pled guilty and was sentenced to Thirty (30) Years confinement in the Institutional Division-TDCJ.

3. Notice of appeal was given on December 30, 2014.

5. The Appellee's brief is due for filing on July 7, 2015.

6. This is the first request for extension of time.

7. Appellee requests an extension until August 7, 2015.

8. Good cause exists for the granting of the motion. Within the past thirty days counsel for the State has undertaken the following matters:

A:     Counsel was responsible for writing the brief on Bradley Thompson 06-15-00002-CR. Jury selection on June 8, 2015 in 115th District Court in Cause Number 16,905, The State of Texas vs. Janet Rose Joiner – see attached docket. During break from jury selection on June 8, 2015 counsel handled a plea in the 115th District Court in Cause Number 16,854 The State of Texas vs. Stefoni Elyse Knox from the trial docket – see attached docket. Trial scheduled to start in Cause Number 16,905 The State of Texas vs. Janet Rose Joiner on June 11, 2015.

Prior to trial starting Ms. Joiner accepted a plea offer that morning – see attached docket. Counsel handled the following cases in the 115th District Court on June 16, 2015, in Cause Number 16,968 The State of Texas vs. Christopher Ryan Collier – to appoint a psychologist – see attached docket; in Cause Number 17,063 The State of Texas vs. William Scott Russell – show cause hearing – see attached docket. Counsel had trial docket in the County Court on June 22, 2015 where all cases were worked out for a plea or moved to following trial docket – see attached docket. Counsel handled the docket in County Court on June 29, 2015 - see attached docket. Counsel had please, revocation, arraignment and pretrial hearings in the 115th District Court – see attached dockets. Counsel handled the revocation hearing in the 115th District Court on July 2, 2015 in Cause Number 16,719 The State of Texas vs. Leann Waunell Ball – see attached docket. Counsel had pleas and revocation in the County Court on July 6, 2015 – see attached dockets.

9: This motion is not sought for purposes of delay, but so that justice may be done.

Therefore, Appellee requests until August 7, 2015, in which to complete her brief.

Respectfully submitted,

Upshur County Assistant District Attorney
Natalie A. Miller
405 N. Titus
Gilmer, TX 75644
Tel: (903) 843-5513
Fax: (903) 843-3661

By: /S/   *Natalie A. Miller*
Natalie A. Miller
State Bar No. 24079007

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing document has been delivered to all counsel of record, on this the 6th day of July, 2015.

/S/    *Natalie A. Miller*
Natalie A. Miller

In the 115th Judicial District Court of Upshur County
State of Texas
Honorable Judge Lauren Parish
Jury Trial Docket
June 8th, 2015 at 9:00AM

1.        WYNETTE COOPER

16,211                                              Billy W. Byrd
1081 days
          THEFT PROP >=$1500 < $20K   (FS)          John Moore

---------------------------------------------------------------

2.        ROBERT DOUGLAS JONES

16,292                                              Natalie Miller
958 days
          SEXUAL PERFORM CHILD                      Paul G. Stuckle

---------------------------------------------------------------

3.        TYLER CRAIG

16,528                                              Billy W. Byrd
665 days
          AGG ASSLT W/DEADLY WEAPON   (F2)          Clement Dunn

---------------------------------------------------------------

4.        COLLIN ASTON MCBRIDE

16,553                                              Billy W. Byrd
644 days
          CREDIT CARD OR DEBIT CARD ABUSE - COUNT   Clement Dunn

---------------------------------------------------------------

5.        PHILIP EASLEY

16,585                                              Natalie Miller
605 days
          SEX ABUSE OF CHILD CONTINUOUS: VICTIM     J. Scott Novy
Jail (365 days)
---------------------------------------------------------------

6.        ALAN WAYNE HAYDEN

16,607                                              Natalie Miller
543 days
          AGG SEXUAL ASSLT CHILD - COUNT I   (F1)   Joe W. Newsom Jr

---------------------------------------------------------------

7.        PRECILLA GARRISON LEE

16,684                                              Billy W. Byrd
495 days
          CREDIT CARD OR DEBIT CARD ABUSE ELDERLY   J. Scott Novy

---------------------------------------------------------------

8.          JACOB JOE YOUNG

16,799                                                    Natalie Miller
349 days
            MAN/DEL CS PG 1 >= 4G < 200G   (F1)          Matthew Patton

----------------------------------------------------------------------

9.          BRENDA MICHELLE BOWDION

16,805                                                    Billy W. Byrd
349 days
            POSS CS PG 1 <1G   (FS)                      John Moore

----------------------------------------------------------------------

10.         BOBBY BRIAN BURNETTE

16,822                                                    Rebecca Ojeman
305 days
            ASSAULT FAM/HOUSE MEM IMPEDE                 Barry Wallace
Jail (352 days)
----------------------------------------------------------------------

11.         ASHLEY NICHOLE GRUBBS

16,843                                                    Natalie Miller
305 days
            THEFT PROP <$1500 2/MORE PREV CONV   (FS)    John Moore

----------------------------------------------------------------------

12.         CHRISTOPHER WAYNE DAVIS II

16,844                                                    Billy W. Byrd
305 days
            ENGAGING IN ORGANIZED CRIMINAL ACTIVITY      Hayward M. Rigan‹

----------------------------------------------------------------------

13.         WARREN GEE HAWKINS

16,852                                                    Billy W. Byrd
298 days
            DRIVING WHILE INTOXICATED 3RD OR MORE -      John Moore
Jail (117 days)
----------------------------------------------------------------------

14.         STEFONI ELYSE KNOX

16,854                                                    Natalie Miller
298 days
            TAMPER/FABRICATE PHYS EVID W/INTENT TO       Tim Cone

----------------------------------------------------------------------

15.         DENNIS FREDERICK GOODMAN

16,868                                                    Billy W. Byrd
284 days
            POSS CS PG 1 >=1G<4G   (F3)                  John Moore

----------------------------------------------------------------------

16.          JACLYN NICOLE LEWIS

16,887                                                      Billy W. Byrd
249 days
             POSS CS PG 1 <1G   (FS)                        Matthew R. Patton

--------------------------------------------------------------------------------

17.          BOBBIE DARROW HONEYCUTT, JR.

16,899                                                      Billy W. Byrd
249 days
             THEFT PROP <$1500 2/MORE PREV CONV   (FS)      J. Scott Novy

--------------------------------------------------------------------------------

18.          JANET ROSE JOINER

16,905                                                      Billy W. Byrd
249 days
             MAN/DEL CS PG 1 >= 4G < 200G   (F1)            Matthew R. Patton

--------------------------------------------------------------------------------

19.          DREWE ANN REESE

16,925                                                      Billy W. Byrd
199 days
             MAN/DEL CS PG 1 < 1 G   (FS)                   John Moore

--------------------------------------------------------------------------------

20.          DREWE ANN REESE

16,926                                                      Billy W. Byrd
199 days
             MAN/DEL CS PG 1 < 1 G   (FS)                   John Moore

--------------------------------------------------------------------------------

21.          TONY LEE COLLIER

16,931                                                      Billy W. Byrd
199 days
             DRIVING WHILE INTOXICATED 3RD OR MORE -        Tim Cone
Jail (250 days)
--------------------------------------------------------------------------------

22.          SARA ASHLEY POLLAK

16,938                                                      Natalie Miller
199 days
             CREDIT CARD OR DEBIT CARD ABUSE ELDERLY        Matthew R. Patton

--------------------------------------------------------------------------------

23.          BILLY THOMAS CATE

16,966                                                      Natalie Miller
115 days
             POSS CS PG 1 <1G   (FS)                        John W. Moore

--------------------------------------------------------------------------------

24.        GILBERTO HERNANDEZ GARCIA

16,980                                              Billy W. Byrd
109 days
          AGG SEXUAL ASSLT CHILD - COUNT I  (F1)     Clement Dunn
Jail (125 days)

------------------------------------------------------------------------

25.        SHAWN HEATH CANNON

16,985                                              Natalie Miller
109 days
          THEFT PROP <$1500 2/MORE PREV CONV  (FS)   J. Scott Novy

------------------------------------------------------------------------

26.        MITZI CURBEY

16,990                                              Natalie Miller
109 days
          EVADING ARREST DET W/VEH  (F3)          John Moore

------------------------------------------------------------------------

27.        DREWE ANN REESE

16,994                                              Billy W. Byrd
109 days
          POSS CS PG 1 <1G  (FS)               John Moore

------------------------------------------------------------------------

In the 115th Judicial District Court of Upshur County
State of Texas
Honorable Judge Lauren Parish
Jury Trial Docket
June 11th, 2015 at9:00AM


1.                      JANET ROSE JOINER

16,905                                                          Billy W. Byrd
249 days
              MAN/DEL CS PG 1 >= 4G < 200G  (F1)        Matthew R. Patto

----------------------------------------------------------------------------

In the 115th Judicial District Court of Upshur County
State of Texas
Honorable Judge Lauren Parish
Daily Docket
June 16th, 2015

```
======
8:00AM
======
```

1.          IN THE INTEREST OF
639-14      A                                      DAVID GRIFFITH
            CHILD

ADOPTION

---

2.          In the Matter of the Marriage of JENNY
304-15      PEREZ                                  JESSICA A. KROSCl
            AND
            JOSE JUVENTINO PEREZ

TEMPORARY ORDERS

---

3.          CHRISTOPHER SCOTT MOORE
324-15      vs.                                    JOHN MOORE
            JACOB STARR
                                                   TODD TEFTELLER

TEMPORARY RESTRAINING ORDER

```
======
9:00AM
======
```

4.          ANDREW C NORWINE
16,404       CAPITAL MURDER BY TERROR THREAT/OTHER
                                                   Billy W. Byrd
                                                   DOUGLAS H. "DOUG'

PLEA

---

5.          CHRISTOPHER RYAN COLLIER
16,968       BURGLARY OF HABITATION   (F2)
                                                   Natalie Miller
Jail (267 days)                                    CRAIG BASS

MISCELLANEOUS HEARING

--------------------------------------------------------------------------

6.          WILLIAM SCOTT RUSSELL
17,063          SEXUAL ASSLT CHILD - COUNT I  (F2)

                                        Natalie Miller
                                        DWIGHT A. BRANNOI

SHOW CAUSE HEARING

Upshur County
COURT ADMINISTRATION
06 JUL 2015

Honorable Judge Dean Fowler
County Court CRIMINAL DOCKET

The Software Group, Inc.
06/22/15 (Monday, June 22nd, 2015 at 9:05AM)
Page 1

| ..... Cause..... | Defendant.......................... | Offense & Degree.......... | Defendant Attorney........ |
|---|---|---|---|
| 1. 37,616 | ALFORD, DAVID ANTHONY | DRIVING W/LIC INV W/PREV CONV/SUSP/W/O FIN RES (MB) | JOE W. NEWSOM JR. |
| Arrest Date 12/07/2014 | | | |
| 2. 37,779 | ALLEY, CLAIRE ANN | POSS MARIJ <2OZ (MB) | KENT PHILLIPS |
| Arrest Date 03/31/2015 | | | |
| 3. 37,181 | BATEMAN, BRANDI ASHBY | ASSAULT CAUSES BODILY INJ (MA) | FRANK LONG |
| Arrest Date 03/22/2014 | | | |
| 4. 37,471 | BEASLEY, CHERITA WYLETTE | CRIMINAL MISCHIEF>$50<$500 (MB) | ANDY TEFTELLER |
| Arrest Date 12/02/2014 | | | |
| 5. 37,472 | BEASLEY, CHERITA WYLETTE | EVADING ARREST DETENTION (MA) | ANDY TEFTELLER |
| Arrest Date 10/06/2014 | | | |
| 6. 37,486 | BROCK, STACEY LYNN | DRIVING WHILE INTOXICATED (MB) | JOHN W. MOORE |
| Arrest Date 09/21/2014 | | | |
| 7. 37,613 | COLLIER, SANDRA | DRIVING WHILE INTOXICATED (MB) | TODD TEFTELLER |
| Arrest Date 11/14/2014 | | | |
| 8. 37,400 | CONWAY, SEAN ANDREW | DRIVING WHILE INTOXICATED (MB) | CRAIG BASS |
| Arrest Date 06/28/2014 | | | |
| 9. 37,777 | CUNNINGHAM, CEJAE CHRISTINE | POSS MARIJ <2OZ (MB) | DAVID GRIFFITH |
| Arrest Date 04/11/2015 | | | |
| 10. 36,362 | CURTIS, MICHAEL SHAWN | ASSAULT CAUSES BODILY INJURY FAMILY MEMBER (MA) | CRAIG BASS |

| | | | | |
|---|---|---|---|---|
| 11. | 37,336 | FREDRICKSON, ALEXANDER JAMES | ATTEMPT TO COMMIT CRUELTY TO NON-LIVESTOCK ANIMALS: TORTURE (MA) | MICHAEL D. MARTIN |

Arrest Date
11/21/2014

| | | | | |
|---|---|---|---|---|
| 12. | 36,788 | GOODE, JOHNNIE | ASSAULT CAUSES BODILY INJURY FAMILY MEMBER (MA) | MICHAEL D MARTIN |

Arrest Date
08/12/2013

| | | | | |
|---|---|---|---|---|
| 13. | 37,039 | GOODE, JOHNNIE | DRIVING W/LIC INV W/PREV CONV/SUSP/W/O FIN RES (MB) | MICHAEL D MARTIN |

Arrest Date
01/22/2014

| | | | | |
|---|---|---|---|---|
| 14. | 37,535 | GREEN, ASHLEY RUMOUR | ASSAULT CAUSES BODILY INJ (MA) | EDWARD CHOY |

Arrest Date
10/16/2014

| | | | | |
|---|---|---|---|---|
| 15. | 37,447 | GREEN, JAMES DAVID | ASSAULT CAUSES BODILY INJURY FAMILY MEMBER (MA) | MICHAEL D MARTIN |

| | | | | |
|---|---|---|---|---|
| 16. | 37,248 | HARRIS, DEVEN DEE | CRIMINAL MISCHIEF>$50<$500 (MB) | MATTHEW R. PATTON IV |

| | | | | |
|---|---|---|---|---|
| 17. | 36,972 | JACKSON, DANIEL SHAWN | THEFT PROP>=$500 < $1500 (MA) | CRAIG BASS |

Arrest Date
01/09/2014

| | | | | |
|---|---|---|---|---|
| 18. | 37,042 | JONES, CAMIE DENAE | THEFT OF SERV >=$500<$1,500 (MA) | MICHAEL D MARTIN |

| | | | | |
|---|---|---|---|---|
| 19. | 37,734 | KERN, COLE MICHAEL | EVADING ARREST DETENTION (MA) | KEVIN SETTLE |

Arrest Date
03/08/2015

| | | | | |
|---|---|---|---|---|
| 20. | 37,735 | KERN, COLE MICHAEL | DRIVING WHILE INTOXICATED (MB) | KEVIN SETTLE |

Arrest Date
09/16/2014

| | | | | |
|---|---|---|---|---|
| 21. | 36,472 | LANDERS, CAROL CHRISTY | POSS DANGEROUS DRUG (MA) | MATTHEW R. PATTON IV |

Arrest Date
11/02/2012

| | | | | |
|---|---|---|---|---|
| 22. | 36,477 | LANDERS, CAROL CHRISTY | POSS CS PG 3 < 28G (MA) | MATTHEW R. PATTON IV |

Arrest Date
11/02/2012

| | | | | |
|---|---|---|---|---|
| 23. | 37,493 | LITTLE, AUSTON HUNTER | DRIVING WHILE INTOXICATED (MB) | NANCY KENNEDY |

Arrest Date
05/18/2014

| 24. | 37,581 | LONG, ANTHONY MITCHEL | INTERFER W/PUBLIC DUTIES (MB) | BRANDON WINN |
|---|---|---|---|---|

Arrest Date
11/16/2014

| 25. | 37,654 | LONG, ANTHONY MITCHEL | POSS MARIJ <2OZ  (MB) | BRANDON WINN |
|---|---|---|---|---|

Arrest Date
02/17/2015

---

| 26. | 37,546 | NEWMAN, JOHN CODY | UNAUTHORIZED DISCHARGE (MA) | CRAIG BASS |
|---|---|---|---|---|

---

| 27. | 33,289 | ONEAL, DARRAN WAYNE | CRUELTY TO NON-LIVESTOCK ANIMALS: FAIL TO PROV (MA) | TIM CONE |
|---|---|---|---|---|

Arrest Date
11/27/2008

| 28. | 33,290 | ONEAL, DARRAN WAYNE | ASSAULT CAUSES BODILY INJ (MA) | TIM CONE |
|---|---|---|---|---|
| 29. | 33,291 | ONEAL, DARRAN WAYNE | RESIST ARREST SEARCH OR TRANSPORT  (MA) | TIM CONE |

Arrest Date
10/26/2008

---

| 30. | 37,781 | PENDARVIS, JOHN SHANNON | POSS MARIJ <2OZ  (MB) | JASON PARRISH |
|---|---|---|---|---|

Arrest Date
03/12/2015

---

| 31. | 37,180 | REED, NORMAN DENNIS | VIOL PROTECT ORDER BIAS/PREJUDICE  (MA) | JOHN MOORE |
|---|---|---|---|---|

---

| 32. | 37,184 | RUMSEY, CARL JASON | ASSAULT CAUSES BODILY INJ (MA) | JOHN MOORE |
|---|---|---|---|---|

Arrest Date
05/19/2014

---

| 33. | 37,524 | STEFFEN, KEITH ALLEN, SR | DRIVING WHILE INTOXICATED 2ND  (MA) | CRAIG BASS |
|---|---|---|---|---|

Arrest Date
07/25/2014

---

| 34. | 37,448 | TURNER, JEFFERY CRIST | FAIL TO ID FUGITIVE INTENT GIVE FALSE INFO  (MA) | JOHN MOORE |
|---|---|---|---|---|

Arrest Date
09/04/2014

---

| 35. | 37,110 | WILLIAMS, RICKY TIMOTHY | DRIVING WHILE INTOXICATED (MB) | MATTHEW R. PATTON IV |
|---|---|---|---|---|

Arrest Date
01/09/2014

---

| 36. | 37,523 | WRIGHT, ROCKY DALE | DRIVING WHILE INTOXICATED 2ND  (MA) | JOE W. NEWSOM JR. |
|---|---|---|---|---|

Arrest Date
05/15/2014

---

```
Upshur County                    C O U R T   A D M I N I S T R A T I O N                06 JUL 2015
                                    Honorable Judge Dean Fowler
                                    County Court CRIMINAL DOCKET
The Software Group, Inc.         06/29/15 (Monday, June 29th, 2015 at 9:00AM)                Page 1
```

| ..... Cause..... | Defendant......................... | Offense & Degree.......... | Defendant Attorney....... |
|---|---|---|---|
| 1. 37,838 | ALLEN, DAKOTA JAMES BRIAN | DISPLAY FICTITIOUS MOTOR VEHICLE REGISTRATION (MB) | |

Arrest Date
02/18/2015

| 2. 37,817 | ANDERSON, MARIE | POSS CS PG 3 < 28G (MA) | O. W. LOYD |

Arrest Date
02/05/2015

| 3. 37,706 | ANDERSON, MARIE | FAIL TO ID FUGITIVE INTENT GIVE FALSE INFO (MA) | O. W. LOYD |

Arrest Date
02/05/2015

| 4. 37,252 | ASHLEY, ANTHONY PAUL | VIOL BOND/PROTECTIVE ORDER (MA) | MICHAEL D MARTIN |

| 5. 37,440 | BADGETT, BRITTNEY NICOLE | THEFT PROP>=$50<$500 (MB) | |

| 6. 37,103 | BINGHAM, LAVANDA | THEFT PROP>=$500 < $1500 (MA) | |

| 7. 37,729 | BISHOP, WENDI MICHELE | THEFT OF SERV >=$500<$1,500 (MA) | CRAIG BASS |
| 8. 37,677 | BISHOP, WENDI MICHELE | THEFT PROP>=$500 < $1500 (MA) | CRAIG BASS |

| 9. 37,854 | BLANKENSHIP, JAMES FINLEY III | DRIVING WHILE INTOXICATED (MB) | |

Arrest Date
03/18/2015

| 10. 37,676 | BOWENS, SHAREKA LUCIANA | THEFT PROP>=$50<$500 (MB) | |

| 11. 37,849 | BROOKS, DONNIE DEAN | THEFT PROP>=$50<$500 (MB) | |

Arrest Date
05/03/2015

| 12. 35,848 | BROWN, ANTWANE | THEFT PROP>=$50<$500 (MB) | ANDY TEFTELLER |

| 13. 37,547 | BRYANT, KEVIN DEWAYNE | DUTY ON STRIKING FIXTURE/HWY LANDSCAPE>=$200 (MB) | MATTHEW R. PATTON IV |

| | | | | |
|---|---|---|---|---|
| 14. | 37,418 | CAMPOSANO, JAIME LOPEZ | DRIVING WHILE INTOXICATED 2ND (MA) | ANDY TEFTELLER |

Arrest Date
05/03/2014

---

| | | | |
|---|---|---|---|
| 15. | 37,308 | CLAITOR, JOSHUA GARETH | DRIVING W/LIC INV W/PREV CONV/SUSP/W/O FIN RES (MB) |

Arrest Date
05/19/2014

---

| | | | |
|---|---|---|---|
| 16. | 37,438 | COLLIER, MACI LAFAY | BURGLARY OF VEHICLE (MA) |

---

| | | | |
|---|---|---|---|
| 17. | 37,860 | COMBS, TINA MARIE | POSS DANGEROUS DRUG (MA) |

---

| | | | | |
|---|---|---|---|---|
| 18. | 37,753 | CULLIVAN, ELDRIDGE | TURNING WHEN UNSAFE (MT) | DAVID WHITE |

---

| | | | | |
|---|---|---|---|---|
| 19. | 37,834 | CURTIS, MICHAEL SHAWN | ASSAULT CAUSES BODILY INJURY FAMILY MEMBER (MA) | MATTHEW R. PATTON IV |

---

| | | | | |
|---|---|---|---|---|
| 20. | 37,461 | DARDEN, JERRY LANE | DRIVING WHILE INTOXICATED 2ND (MA) | O. W. LOYD |

Arrest Date
05/07/2014

---

| | | | |
|---|---|---|---|
| 21. | 37,584 | DAVIS, CEDRIC DEWAYNE | BURGLARY OF VEHICLE (MA) |

Arrest Date
01/15/2014

---

| | | | |
|---|---|---|---|
| 22. | 37,864 | DAVIS, VIRGIL D. | EVADING ARREST DETENTION (MA) |

Arrest Date
12/24/2014

---

| | | | | |
|---|---|---|---|---|
| 23. | 37,768 | DEAN, ROSEMARY MARIE | DRIVING WHILE INTOXICATED (MB) | TODD TEFTELLER |

Arrest Date
06/23/2014

---

| | | | | |
|---|---|---|---|---|
| 24. | 37,614 | DONALDSON, RICHARD DANIEL | ASSAULT CAUSES BODILY INJURY FAMILY MEMBER (MA) | BARRY WALLACE |

---

| | | | |
|---|---|---|---|
| 25. | 37,829 | EVANS, JESSIE WAYNE | DRIVING WHILE INTOXICATED 2ND (MA) |

Arrest Date
03/21/2015

---

| | | | |
|---|---|---|---|
| 26. | 37,879 | FLORES-CAMARILLO, JOSE ROBERTO | DRIVING WHILE INTOXICATED BAC >= 0.15 (MA) |

Arrest Date
04/19/2015

---

27.   37,871      FORD, DERIAN DREW                    CRIMINAL TRESPASS   (MB)

Arrest Date
05/16/2015
---------------------------------------------------------------------------------------------
28.   37,797      FOSTER, JAMES TRAVIS                 CRIMINAL TRESPASS   (MB)

Arrest Date
04/03/2015
---------------------------------------------------------------------------------------------
29.   37,562      FREEMAN, ROBERT ALAN                 ATTEMPT TO COMMIT EVADING      EDWARD CHOY
                                                      ARREST DETENTION   (MB)

Arrest Date
11/29/2014
---------------------------------------------------------------------------------------------
30.   37,806      FULLER, JAMES OLEN                   RESIST ARREST SEARCH OR        MATTHEW R. PATTON IV
                                                      TRANSP   (MA)

Arrest Date
01/12/2015
31.   37,799      FULLER, JAMES OLEN                   DRIVING WHILE INTOXICATED
                                                      (MB)

---------------------------------------------------------------------------------------------
32.   37,107      GAMBLIN, JASON EARL                  EXPIRED OR NO VALID            ERICK PLATTEN
                                                      INSPECTION CERTIFICATE
                                                      (MT)

33.   37,106      GAMBLIN, JASON EARL                  DRIVING WHILE LICENSE          ERICK PLATTEN
                                                      INVALID   (MT)
---------------------------------------------------------------------------------------------
34.   37,767      GARCIA, ALBERTO                      DRIVING WHILE INTOXICATED
                                                      (MB)

Arrest Date
02/07/2015
---------------------------------------------------------------------------------------------
35.   37,000      GAYLOR, WESLEY RAYMOND               DRIVING WHILE INTOXICATED
                                                      (MB)

Arrest Date
12/26/2013
---------------------------------------------------------------------------------------------
36.   37,537      GORDON, GREGORY WAYNE                DRIVING W/LIC INV W/PREV
                                                      CONV/SUSP/W/O FIN RES

Arrest Date                                           (MB)
11/08/2014
---------------------------------------------------------------------------------------------
37.   37,482      GRANT, BRIAN SCOTT                   DRIVING W/LIC INV W/PREV       O. W. LOYD
                                                      CONV/SUSP/W/O FIN RES
Arrest Date                                           (MB)
10/13/2014
---------------------------------------------------------------------------------------------
38.   37,715      GRAVES, JOSHUA ALEXANDER             POSS MARIJ <2OZ   (MB)         MICHAEL D MARTIN

Arrest Date
02/17/2015
---------------------------------------------------------------------------------------------
39.   37,577      GRIFFITH, LOGAN THOMAS               CRIMINAL MISCHIEF>$50<$500     CRAIG BASS
                                                      (MB)

| 40. | 37,570 | GRIFFITH, LOGAN THOMAS | THEFT PROP>=$50<$500 (MB) | CRAIG BASS |
|---|---|---|---|---|

| 41. | 37,566 | GRONEBERG, LARRY JAMES | FAIL TO IDENTIFY FUGITIVE FROM JUSTICE (MB) | |
|---|---|---|---|---|

Arrest Date
10/12/2014

| 42. | 37,299 | GWIN, ROBERT HAYES | DRIVING W/LIC INV W/PREV CONV/SUSP/W/O FIN RES (MB) | O. W. LOYD |
|---|---|---|---|---|

Arrest Date
06/04/2014

| 43. | 37,680 | HAINES, JEREMY BENJAMIN | THEFT PROP>=$50<$500 (MB) | |
|---|---|---|---|---|

| 44. | 37,796 | HANCOCK, RUSSELL DEAN | RECKLESS DRIVING (MB) | JORDAN GLAZE |
|---|---|---|---|---|

Arrest Date
04/07/2015

| 45. | 37,770 | HEAFNER, JOHNNY LEE | THEFT OF SERV >=$20<$500 (MB) | |
|---|---|---|---|---|

| 46. | 37,741 | HEARNSBERGER, AMBER WHITNEY | POSS MARIJ <2OZ (MB) | JOSH GARRETT |
|---|---|---|---|---|

Arrest Date
03/17/2015

| 47. | 37,823 | HEFNER, BRADLEY SCOTT | DRIVING W/LIC INV W/PREV CONV/SUSP/W/O FIN RES (MB) | JORDAN GLAZE |
|---|---|---|---|---|

Arrest Date
02/24/2015

| 48. | 37,719 | HGGINBOTHAM, MICHELLE CARRIE | ASSAULT CAUSES BODILY INJURY FAMILY MEMBER (MA) | JORDAN GLAZE |
|---|---|---|---|---|

| 49. | 37,473 | HILL, VICKY LYNN | POSS CS PG 4 <28G (MB) | |
|---|---|---|---|---|

Arrest Date
11/13/2014

| 50. | 37,847 | HIMES, DYLAN MICHAEL | FAIL TO ID FUGITIVE INTENT GIVE FALSE INFO (MA) | |
|---|---|---|---|---|

Arrest Date
04/25/2015

| 51. | 37,846 | HIMES, DYLAN MICHAEL | POSS MARIJ <2OZ (MB) | |
|---|---|---|---|---|

Arrest Date
04/24/2015

| 52. | 37,880 | HODGE, DORONTHA ROXQUIZ | DRIVING W/LIC INV W/PREV CONV/SUSP/W/O FIN RES (MB) | |
|---|---|---|---|---|

Arrest Date
02/19/2015

| 53. | 37,833 | HORDGE, KENNETH RAY | FAIL TO MAINTAIN FINANCIAL RESPONSIBILITY (MT) | JOSHUA WINTTERS |
| 54. | 37,832 | HORDGE, KENNETH RAY | DRIVING WHILE LICENSE INVALID (MT) | JOSHUA WINTTERS |

---

55. 37,810     HOUSTON, CHASIDY LEE          RESIST ARREST SEARCH OR
                                            TRANSP (MA)
Arrest Date
04/19/2015

---

56. 37,815     HUGHES, JARRETT RANSOM        DRIVING W/LIC INV W/PREV
                                            CONV/SUSP/W/O FIN RES
Arrest Date                                 (MB)
12/30/2014

---

57. 37,094     JEFFERY, DEMETRIUS RAMON      POSS MARIJ <2OZ (MB)     TROY D. NELSON

Arrest Date
03/18/2014

---

58. 37,704     JOHNSON, ADRIAN OKEITH        EVADING ARREST DETENTION
                                            (MA)
Arrest Date
10/09/2014
59. 37,813     JOHNSON, ADRIAN OKEITH        EVADING ARREST DETENTION
                                            (MA)
Arrest Date
03/30/2015

---

60. 37,870     JOHNSON, MICHAEL ANTHONY      POSS MARIJ <2OZ (MB)

Arrest Date
02/05/2015

---

61. 37,886     JOHNSTON, LYNN NEAL           DRIVING W/LIC INV W/PREV
                                            CONV/SUSP/W/O FIN RES
Arrest Date                                 (MB)
02/19/2015

---

62. 37,863     JONES, AUSTIN ISAAC           POSS MARIJ <2OZ (MB)

Arrest Date
03/06/2015

---

63. 37,725     KIMBRELL, DESTINY MARLO       POSS MARIJ <2OZ (MB)     ANDY TEFTELLER

Arrest Date
03/01/2015
64. 37,795     KIMBRELL, DESTINY MARLO       DRIVING W/LIC INV W/PREV  ANDY TEFTELLER
                                            CONV/SUSP/W/O FIN RES
Arrest Date                                 (MB)
03/01/2015

---

65. 36,588     LEE, JASON WILLIAM            PROH WEAPONS             MATTHEW R. PATTON IV
                                            SWITCHBLADE/KNUCKLES (MA)
Arrest Date
02/21/2013

| 66. | 37,527 | LEE, JASON WILLIAM | CRIMINAL TRESPASS  (MB) | MATTHEW R. PATTON IV |

Arrest Date
08/01/2014

| 67. | 37,859 | LEE, JASON WILLIAM | DRIVING W/LIC INV W/PREV CONV/SUSP/W/O FIN RES (MB) | MATTHEW R. PATTON IV |

Arrest Date
02/14/2015

------------------------------------------------------------------------

| 68. | 37,771 | LEE, WILLIAM TRAVIS | CRIM MISCH>=$500<$1,500 (MA) | JOSH GARRETT |

------------------------------------------------------------------------

| 69. | 37,853 | LINNEAR, TRACEY JASON | ASSAULT CAUSES BODILY INJ (MA) | |

Arrest Date
04/24/2015

------------------------------------------------------------------------

| 70. | 37,885 | LOPEZ, JENNIFER LYNN | DRIVING W/LIC INV W/PREV CONV/SUSP/W/O FIN RES (MB) | |

Arrest Date
04/19/2015

------------------------------------------------------------------------

| 71. | 37,872 | MALES, ZANE ALAN | FALSE REPORT TO POLICE OFF/SP INV/LAW ENF EMPL (MB) | |

Arrest Date
12/25/2014

------------------------------------------------------------------------

| 72. | 36,741 | MARTIN, STEPHEN CRAIG | CRIM TRESPASS HABIT/SHLTR/SUPRFUND/INFST RT (MA) | MICHAEL D MARTIN |

------------------------------------------------------------------------

| 73. | 36,294 | MCALISTER, WESLEY | DRIVING W/LIC INV W/PREV CONV/SUSP/W/O FIN RES (MB) | |

Arrest Date
09/26/2012

------------------------------------------------------------------------

| 74. | 37,862 | MCDIVITT, EMERY MEGAN | THEFT PROP<$50 W/PREV CONVIC (MB) | |

Arrest Date
03/19/2015

------------------------------------------------------------------------

| 75. | 37,802 | MCWHORTER, JAYSON MARC | CRIM MISCH>=$500<$1,500 (MA) | |

------------------------------------------------------------------------

| 76. | 37,828 | MEACHAM, ROBERT JACOB | POSS CS PG 3 < 28G  (MA) | TIM CONE |

Arrest Date
04/19/2015

------------------------------------------------------------------------

| 77. | 37,888 | MILLS, CHRISTOPHER LEONUS | DRIVING W/LIC INV W/PREV CONV/SUSP/W/O FIN RES (MB) | |

Arrest Date
02/16/2015

------------------------------------------------------------------------

| 78. | 36,700 | MITCHELL, GLENDA SUE | THEFT PROP>=$50<$500  (MB) | MICHAEL D MARTIN |

------------------------------------------------------------------------

| 79. | 37,881 | MOORE, GARRY LEO | POSS DANGEROUS DRUG (MA) | MATTHEW R. PATTON IV |
|---|---|---|---|---|

Arrest Date
03/21/2015

---

| 80. | 37,883 | MOORE, TYRONE | POSS MARIJ <2OZ (MB) | ANDY TEFTELLER |
|---|---|---|---|---|

Arrest Date
04/24/2015

---

| 81. | 37,127 | MORGAN, JOHNNY LEE | DRIVING WHILE INTOXICATED (MB) | J. BRANDT THORSON |
|---|---|---|---|---|

Arrest Date
06/08/2014

---

| 82. | 37,852 | NIX, WILLIAM DONALD | CRIMINAL TRESPASS (MB) | |
|---|---|---|---|---|

Arrest Date
02/04/2015

---

| 83. | 37,866 | NOBLE, NIVIA SHEILAYE | DRIVING W/LIC INV W/PREV CONV/SUSP/W/O FIN RES (MB) | |
|---|---|---|---|---|

Arrest Date
04/02/2015

---

| 84. | 37,837 | OLLER, MONTE KARL | TERRORISTIC THREAT OF FAMILY/HOUSEHOLD (MA) | |
|---|---|---|---|---|

Arrest Date
03/30/2015

---

| 85. | 37,687 | PENA, MARIO AUGUSTIN | DRIVING W/LIC INV W/PREV CONV/SUSP/W/O FIN RES (MB) | |
|---|---|---|---|---|

Arrest Date
01/24/2015

---

| 86. | 37,657 | PETERS, ORLANDO ARMOND | POSS MARIJ <2OZ (MB) | |
|---|---|---|---|---|

Arrest Date
02/20/2015

---

| 87. | 37,780 | PHILLIPS, SAMUEL EDGAR | POSS MARIJ <2OZ (MB) | MICHAEL D. MARTIN |
|---|---|---|---|---|

Arrest Date
03/29/2015

---

| 88. | 37,775 | QUICK, MICHAEL ALLEN | DRIVING WHILE INTOXICATED (MB) | |
|---|---|---|---|---|

Arrest Date
02/24/2015

---

| 89. | 37,865 | RAY, CARY BERNARD | DRIVING W/LIC INV W/PREV CONV/SUSP/W/O FIN RES (MB) | |
|---|---|---|---|---|

Arrest Date
04/02/2015

---

| | | | |
|---|---|---|---|
| 90. | 36,846 | REEL, JOE LOUIS | DRIVING W/LIC INV W/PREV CONV/SUSP/W/O FIN RES (MB) |

Arrest Date
08/15/2013

---

| | | | |
|---|---|---|---|
| 91. | 37,553 | REEVES, MISTY ANNE | DRIVING W/LIC INV W/PREV CONV/SUSP/W/O FIN RES (MB) |

Arrest Date
09/22/2014

---

| | | | |
|---|---|---|---|
| 92. | 37,887 | REYNOLDS, DAVID THAD | DRIVING W/LIC INV W/PREV CONV/SUSP/W/O FIN RES (MB) |

Arrest Date
01/30/2015

---

| | | | |
|---|---|---|---|
| 93. | 36,566 | RICH, JULIE LEE | THEFT PROP>=$50<$500   (MB) |
| 94. | 37,850 | RICH, JULIE LEE | POSS CS PG 3 < 28G   (MA) |

Arrest Date
03/30/2015

---

| | | | |
|---|---|---|---|
| 95. | 37,861 | RICHARDSON, LINDSAY MORGAN | POSS DANGEROUS DRUG   (MA) |

Arrest Date
03/23/2015

---

| | | | |
|---|---|---|---|
| 96. | 37,611 | ROBERSON, ADRIAN WILLETTE | POSS MARIJ <2OZ   (MB)   MATTHEW R. PATTON IV |

Arrest Date
12/24/2014

---

| | | | |
|---|---|---|---|
| 97. | 37,381 | ROBINSON, CASSANDRA | THEFT PROP>=$500 < $1500   (MA)   JOSH GARRETT |

---

| | | | |
|---|---|---|---|
| 98. | 37,785 | RODRIGUEZ, CARLOS | DEFECTIVE EXHAUST SYSTEM (MT)   ERICK PLATTEN |

---

| | | | |
|---|---|---|---|
| 99. | 37,730 | SCHROEDER, JEFF ALLEN | DRIVING W/LIC INV W/PREV CONV/SUSP/W/O FIN RES (MB) |

Arrest Date
02/05/2015

---

| | | | |
|---|---|---|---|
| 100. | 37,841 | SHAW, CALVIN WAYNE | ASSAULT CAUSES BODILY INJURY FAMILY MEMBER   (MA) |

Arrest Date
08/30/2014

---

| | | | |
|---|---|---|---|
| 101. | 37,845 | SHEPPARD, JATERRIA A. | FAIL TO ID FUGITIVE INTENT GIVE FALSE INFO   (MA) |

Arrest Date
04/17/2015

| | | | |
|---|---|---|---|
| 102. | 37,875 | SHEPPARD, JATERRIA A. | DRIVING WHILE INTOXICATED 2ND   (MA) |

Arrest Date
04/17/2015

---

8

| | | | |
|---|---|---|---|
| 103. | 37,762 | SIGMON, ROBERT BRANDON | DRIVING WHILE INTOXICATED (MB) | LANCE RAY LARISON |

Arrest Date
01/06/2014

--------------------------------------------------------------------------------

| | | | |
|---|---|---|---|
| 104. | 37,851 | SMITH, BRANDY KAY | RESIST ARREST SEARCH OR TRANSP (MA) | GREGORY A. WALDRON |

Arrest Date
04/19/2015

--------------------------------------------------------------------------------

| | | | |
|---|---|---|---|
| 105. | 37,873 | SMITH, BRUCE ZAKUES | CRIMINAL TRESPASS (MB) | |

Arrest Date
03/30/2015

--------------------------------------------------------------------------------

| | | | |
|---|---|---|---|
| 106. | 37,543 | SMITH, TYLER BLAKE | DRIVING WHILE INTOXICATED (MB) | |

--------------------------------------------------------------------------------

| | | | |
|---|---|---|---|
| 107. | 37,684 | STASTNY, JOHN LAVARD | EVADING ARREST DETENTION (MA) | BARRY WALLACE |

--------------------------------------------------------------------------------

| | | | |
|---|---|---|---|
| 108. | 37,634 | TAMBUNGA, CRISHTAL RAE | DRIVING W/LIC INV W/PREV CONV/SUSP/W/O FIN RES (MB) | |

Arrest Date
12/19/2014

--------------------------------------------------------------------------------

| | | | |
|---|---|---|---|
| 109. | 37,884 | TAYLOR, COLIN BLAZE | POSS MARIJ <2OZ (MB) | STEVE A. KATTNER |

Arrest Date
04/27/2015

--------------------------------------------------------------------------------

| | | | |
|---|---|---|---|
| 110. | 37,663 | THOMPSON, KEVIN D | THEFT PROP>=$50<$500 (MB) | |
| 111. | 37,664 | THOMPSON, KEVIN D | THEFT PROP>=$50<$500 (MB) | |

--------------------------------------------------------------------------------

| | | | |
|---|---|---|---|
| 112. | 37,882 | TUCKER, JENNIFER NICOLE | THEFT PROP>=$50<$500 (MB) | |

--------------------------------------------------------------------------------

| | | | |
|---|---|---|---|
| 113. | 37,603 | TUTOR, ANTHONY EARL | POSS MARIJ <2OZ (MB) | |

Arrest Date
11/22/2014

--------------------------------------------------------------------------------

| | | | |
|---|---|---|---|
| 114. | 37,765 | VERNER, SHEQULIA NICOLE | POSS MARIJ <2OZ (MB) | |

Arrest Date
01/10/2015

| | | | |
|---|---|---|---|
| 115. | 37,764 | VERNER, SHEQULIA NICOLE | POSS CS PG 3 < 28G (MA) | |

Arrest Date
01/10/2015

--------------------------------------------------------------------------------

| | | | |
|---|---|---|---|
| 116. | 37,544 | VIGNEAU, CALEB WILLIAM | UNAUTHORIZED DISCHARGE (MA) | BARRY WALLACE |

--------------------------------------------------------------------------------

| 117. | 35,955 | WAGGONER, SHANNON RAYE | POSS CS PG 3 < 28G (MA) | JOE W. NEWSOM JR. |
|---|---|---|---|---|

Arrest Date
09/06/2011

---

| 118. | 34,018 | WATERS, JAMES GLYN | GRAFFITI PECUNIARY LOSS <$500 (MB) | |
|---|---|---|---|---|

Arrest Date
04/26/2015

---

| 119. | 37,878 | WATERS, MAVIS, JR | RESIST ARREST SEARCH OR TRANSP (MA) | MICHAEL D MARTIN |
|---|---|---|---|---|

Arrest Date
03/20/2015

| 120. | 37,877 | WATERS, MAVIS, JR | EVADING ARREST DETENTION (MA) | MICHAEL D MARTIN |
|---|---|---|---|---|

Arrest Date
03/20/2015

---

| 121. | 37,844 | WATKINS, CORDERO CORTEZ | DRIVING WHILE INTOXICATED (MB) | STEVE A. KATTNER |
|---|---|---|---|---|

Arrest Date
04/18/2015

---

| 122. | 37,666 | WEATHERRED, SHAY MARIE | POSS MARIJ <2OZ (MB) | |
|---|---|---|---|---|

---

| 123. | 37,839 | WEEKS, SHAUN DALE | DISPLAY FICTITIOUS MOTOR VEHICLE REGISTRATION (MB) | |
|---|---|---|---|---|

Arrest Date
12/04/2014

---

| 124. | 37,661 | WHITE, ROY LEE, JR. | POSS MARIJ <2OZ (MB) | O. W. LOYD |
|---|---|---|---|---|

Arrest Date
12/05/2014

---

| 125. | 37,550 | WILLIAMS, DERICK DEWAYNE II | THEFT PROP>=$50<$500 (MB) | |
|---|---|---|---|---|

---

| 126. | 36,063 | WILSON, JEREMY LEE | DRIVING WHILE INTOXICATED (MB) | BARRY WALLACE |
|---|---|---|---|---|

Arrest Date
05/02/2012

---

| 127. | 37,848 | WILSON, RODNEY DEAN | POSS MARIJ <2OZ (MB) | TODD TEFTELLER |
|---|---|---|---|---|

Arrest Date
08/30/2014

---

| 128. | 37,759 | WRIGHT, RODERICK MARTIN | DRIVING WHILE INTOXICATED 2ND (MA) | BARRY WALLACE |
|---|---|---|---|---|

Arrest Date
04/20/2014

---

10

129.   37,766        YOUNG, MARY NICOLE                    DRIVING WHILE INTOXICATED        LANCE RAY LARISON
                                                           2ND   (MA)

Arrest Date
01/17/2015
---------------------------------------------------------------------------------------------------------

In the 115th Judicial District Court of Upshur County
State of Texas
Honorable Judge Lauren Parish
Daily Docket
June 30th, 2015

======
8:00AM
======

| 1. | In the Matter of the Marriage of SHAY | JOE W. NEWSOM JR |
| 184-15 | GRAHAM | |
| | AND | |
| | JOHN GRAHAM | TODD TEFTELLER |

TEMPORARY RESTRAINING ORDER

======
9:00AM
======

| 2. | PRECILLA GARRISON LEE | |
| 16,684 | CREDIT CARD OR DEBIT CARD ABUSE ELDERLY | |
| | | Billy W. Byrd |
| | | J. SCOTT NOVY |

PLEA

---

| 3. | MARY ELLEN CLARK | |
| 16,723 | UNL POSS FIREARM BY FELON   (F3) | |
| | | Billy W. Byrd |
| | | TIM CONE |

PLEA

---

| 4. | LAMEELA RESHA COLEMAN | |
| 16,142 | Motion to Revoke Probation   (F3) | |
| | | Billy W. Byrd |
| Jail (160 days) | | CLEMENT DUNN |

MOTION TO REVOKE HEARING

---

| 5. | BOBBIE DARROW HONEYCUTT, JR. | |
| 16,899 | THEFT PROP <$1500 2/MORE PREV CONV   (FS) | |
| | | Billy W. Byrd |
| | | J. SCOTT NOVY |

PLEA

---

6.                 JAMES CLIFFORD HENSLEY
16,937           BURGLARY OF BUILDING   (FS)

                                          Natalie Miller
                                          BRANDON WINN

PLEA

---

7.                 CALVIN JAY MEPHAM
16,734           Motion to Revoke Probation   (F3)

                                          Billy W. Byrd
Jail (104 days)                           DWIGHT A. BRANNOI

MOTION TO REVOKE HEARING

---

8.                 GENA CAROL CHIDESTER
16,991           THEFT PROP >=$1500 < $20K   (FS)

                                          Billy W. Byrd
                                          MATTHEW R. PATTO1

PLEA

---

9.                 LINDSEY MULLINS
16,698           Motion to Revoke Probation   (FS)

                                            Billy W. Byrd
Jail (13 days)                           CLIFFORD R. JESS1

MOTION TO REVOKE HEARING

---

10.                BRENDAN CHRISTOPHER HOBBS
17,068           BURGLARY OF HABITATION   (F2)

                                          Billy W. Byrd
Jail (48 days)                           BRANDON WINN

PLEA

In the 115th Judicial District Court of Upshur County
State of Texas
Honorable Judge Lauren Parish
Criminal Arraignment Docket
June 30th, 2015 at9:00AM

| CAUSE NUMBER | STYLE ATTORNEY (PROS/DEF) | OFFENSE |
|---|---|---|
| 1. 16,517 JAIL | THE STATE OF TEXAS vs. LIONEL DUFFEY | ENGAGING IN ORGANIZED CRIMINAL Arrest Date: |
| | Natalie Miller Matthew R. Patton Iv | Bondsman: AAA BAR NONE |
| 2. 16,612 | THE STATE OF TEXAS vs. MARCUS COLE FORD | FORGERY FINANCIAL INSTRUMENT – Arrest Date: |
| | Natalie Miller | Bondsman: A-STRIKE FREE BAIL BONDS |
| 3. 16,864 | THE STATE OF TEXAS vs. VALLIE MARIE BRACK | CREDIT CARD OR DEBIT CARD ABUSE Arrest Date: |
| | Natalie Miller | Bondsman: |
| 4. 16,882 JAIL | THE STATE OF TEXAS vs. LEE ROY SETTLES | AGG SEXUAL ASSLT CHILD – COUNT Arrest Date: |
| | Natalie Miller Dwight A. Brannon | Bondsman: |
| 5. 16,918 JAIL | THE STATE OF TEXAS vs. THOMAS ODELL YOUNG JR. | MAN/DEL CS PG 1 >= 4G < 200G ( Arrest Date: 09/02/2014 |
| | Billy W. Byrd Barry Wallace | Bondsman: |
| 6. 16,919 JAIL | THE STATE OF TEXAS vs. THOMAS ODELL YOUNG JR. | UNL POSS FIREARM BY FELON (F3) Arrest Date: 09/02/2014 |
| | Billy W. Byrd Barry Wallace | Bondsman: |

| 7. | 16,941 | THE STATE OF TEXAS vs.<br>MELISSA RENEE ARMSTRONG | UNAUTH USE OF VEHICLE (FS)<br>Arrest Date: |
|----|--------|--------|--------|
| | | Billy W. Byrd<br>Matthew R. Patton Iv | Bondsman:<br>A STRIKE FREE BAIL BOND |

| 8. | 16,957 | THE STATE OF TEXAS vs.<br>MINDI RENEE SUMMERTON | BURGLARY OF HABITATION (F2)<br>Arrest Date:<br>11/08/2014 |
|----|--------|--------|--------|
| | | Billy W. Byrd | Bondsman:<br>MINDI SUMMERTON |

| 9. | 16,960 | THE STATE OF TEXAS vs.<br>JOHNNY RAY SANTIAGO | DRIVING WHILE INTOXICATED 3RD OI<br>Arrest Date: |
|----|--------|--------|--------|
| | | Billy W. Byrd | Bondsman:<br>CODY KOCIAN |

| 10. | 16,961<br>JAIL | THE STATE OF TEXAS vs.<br>BRANDIN S. GOLDNER | AGG SEXUAL ASSAULT OF<br>Arrest Date:<br>10/17/2014 |
|----|--------|--------|--------|
| | | Billy W. Byrd<br>Edward Choy | Bondsman: |

| 11. | 16,969<br>JAIL | THE STATE OF TEXAS vs.<br>ROBERT WAYNE FRY | BURGLARY OF HABITATION (F2)<br>Arrest Date:<br>01/02/2015 |
|----|--------|--------|--------|
| | | Natalie Miller | Bondsman:<br>FAST ACTION BAIL BONDS |

| 12. | 16,975<br>JAIL | THE STATE OF TEXAS vs.<br>LAONA LEGAIL WADE | ASSAULT PUBLIC SERVANT - COUNT<br>Arrest Date:<br>01/19/2015 |
|----|--------|--------|--------|
| | | Billy W. Byrd<br>Edward Choy | Bondsman: |

| 13. | 16,979 | THE STATE OF TEXAS vs.<br>BOBBY LEE WAYMON | UNL POSS FIREARM BY FELON (F3)<br>Arrest Date:<br>11/18/2014 |
|----|--------|--------|--------|
| | | Billy W. Byrd | Bondsman:<br>A-STIRKE FREE BAIL BONDS |

| 14. | 16,983<br>JAIL | THE STATE OF TEXAS vs.<br>WILLARD DALLAS HAWKINS | BURGLARY OF BUILDING (FS)<br>Arrest Date: |
|----|--------|--------|--------|
| | | Billy W. Byrd<br>Craig Bass | Bondsman: |

| | | | |
|---|---|---|---|
| 15. | 16,987 | THE STATE OF TEXAS vs. CARLOS ISAAC PENA<br><br>Billy W. Byrd<br>Craig Bass | EVADING ARREST DET W/VEH (F3)<br>Arrest Date:<br>02/12/2015<br>Bondsman:<br>"A" BAIL BONDS |
| 16. | 16,993 | THE STATE OF TEXAS vs. JASON KEITH FARLES<br><br>Natalie Miller<br>John Moore | EVADING ARREST DET W/PREV<br>Arrest Date:<br>02/07/2015<br>Bondsman:<br>A-STRIKE FREE BAIL BONDS |
| 17. | 16,996 | THE STATE OF TEXAS vs. LANEY GAYLE LYON<br><br>Billy W. Byrd | POSS CS PG 1 <1G (FS)<br>Arrest Date:<br>01/11/2015<br>Bondsman:<br>"A" BAIL BONDS |
| 18. | 16,998 | THE STATE OF TEXAS vs. JOE BOB CARTER<br><br>Natalie Miller<br>J. Scott Novy | POSS CS PG 1 <1G (FS)<br>Arrest Date:<br>01/15/2015<br>Bondsman:<br>JOE BOB CARTER |
| 19. | 17,001 | THE STATE OF TEXAS vs. STACIE LYNN SIMMONS<br><br>Rebecca Ojeman<br>Edward Choy | ASSAULT FAM/HOUSE MEM IMPEDE<br>Arrest Date:<br>12/28/2014<br>Bondsman:<br>A STIKRE FREE |
| 20. | 17,002<br>JAIL | THE STATE OF TEXAS vs. GABRIEL OMAR<br><br>Rebecca Ojeman<br>Matthew R. Patton Iv | ASSAULT FAM/HOUSE MEM IMPEDE<br>Arrest Date:<br>01/09/2015<br>Bondsman:<br>FAST ACTION BAIL BONDS |
| 21. | 17,003<br>JAIL | THE STATE OF TEXAS vs. SHAYNE EDWARD WEGSCHEID<br><br>Rebecca Ojeman<br>Tim Cone | ASSAULT INT/RECK BREATH/CIRC FAI<br>Arrest Date:<br>02/27/2015<br>Bondsman: |
| 22. | 17,004 | THE STATE OF TEXAS vs. ACEY JOE FARRIS<br><br>Natalie Miller<br>J. Scott Novy | POSS CS PG 1 >=1G<4G (F3)<br>Arrest Date:<br>01/06/2015<br>Bondsman:<br>A STRIKE FREE BAIL BOND |

---

23. 17,005    THE STATE OF TEXAS vs.      POSS CS PG 1 >=1G<4G    (F3)
              JASON KEITH FARLES          Arrest Date:
                                          02/07/2015
              Natalie Miller             Bondsman:
              John Moore                  A-STRIKE FREE BAIL BONDS

---

24. 17,006    THE STATE OF TEXAS vs.      POSS CS PG 1 <1G    (FS)
    JAIL      DYLAN CHASE MABERY          Arrest Date:
                                          02/22/2015
              Billy W. Byrd              Bondsman:
              Barry Wallace

---

25. 17,007    THE STATE OF TEXAS vs.      POSS CS PG 1 <1G    (FS)
              SUZANNE MARIE BACA          Arrest Date:
                                          02/26/2015
              Billy W. Byrd              Bondsman:
                                          A STRIKE FREE BAIL BONDS

---

26. 17,008    THE STATE OF TEXAS vs.      POSS CS PG 1 >=1G<4G    (F3)
              COLE MICHAEL KERN           Arrest Date:
                                          03/18/2015
              Billy W. Byrd              Bondsman:
              Kevin H. Settle             A BAIL BONDS

---

27. 17,009    THE STATE OF TEXAS vs.      POSS MARIJ <= 5LBS > 4OZ - COUN'
              JIMMY LEE MAYS JR           Arrest Date:
                                          02/20/2015
              Natalie Miller             Bondsman:
              Clifton L. Holmes           "A" BAIL BONDS

---

28. 17,010    THE STATE OF TEXAS vs.      TAMPER/FABRICATE PHYS EVID W/IN'
              JIMMY LEE MAYS JR           Arrest Date:
                                          02/20/2015
              Natalie Miller             Bondsman:
              Clifton L. Holmes           "A" BAIL BONDS

---

29. 17,011    THE STATE OF TEXAS vs.      BURGLARY OF HABITATION    (F2)
              JASON EDWARD HAWKINS        Arrest Date:
                                          06/27/2013
              Billy W. Byrd              Bondsman:
              Tim Cone                    AAA BAR NONE BAIL BONDS

---

30. 17,012    THE STATE OF TEXAS vs.      AGG SEXUAL ASSLT CHILD - COUNT
    JAIL      RICHARD ALAN BUEHNING       Arrest Date:

              Natalie Miller             Bondsman:
              Tim Cone

| | | | |
|---|---|---|---|
| 31. | 17,013 JAIL | THE STATE OF TEXAS vs. RICHARD ALAN BUEHNING<br><br>Natalie Miller<br>Tim Cone | INJ CHILD/ELDERLY/DISABLED RECK<br>Arrest Date:<br>11/10/2014<br>Bondsman: |
| 32. | 17,014 JAIL | THE STATE OF TEXAS vs. MANDY DAWN SHAW<br><br>Billy W. Byrd<br>Edward Choy | POSS CS PG 1 <1G (FS)<br>Arrest Date:<br>12/16/2014<br>Bondsman: |
| 33. | 17,015 JAIL | THE STATE OF TEXAS vs. MANDY DAWN SHAW<br><br>Billy W. Byrd<br>Edward Choy | PROH SUBSTANCE/ITEM IN CORRECTI(<br>Arrest Date:<br>12/16/2014<br>Bondsman:<br>COWBOY JIM'S BAIL BONDS |
| 34. | 17,016 | THE STATE OF TEXAS vs. JUD WAYMOND SMITH<br><br>Billy W. Byrd<br>Matthew R. Patton Iv | OBSTRUCTION OR RETALIATION -<br>Arrest Date:<br>02/14/2015<br>Bondsman:<br>A-A BAIL BONDS |
| 35. | 17,017 | THE STATE OF TEXAS vs. ROBERT CLAUD DOZIER<br><br>Billy W. Byrd<br>Barry Wallace | DRIVING WHILE INTOXICATED 3RD O1<br>Arrest Date:<br>06/05/2014<br>Bondsman:<br>A-STIRKE FREE BAIL BONDS |
| 36. | 17,018 | THE STATE OF TEXAS vs. JC FOUNTAIN JR.<br><br>Billy W. Byrd<br>John J. Eastland | DRIVING WHILE INTOXICATED W/CHI:<br>Arrest Date:<br>12/14/2014<br>Bondsman:<br>A+ BAIL BONDS |
| 37. | 17,019 | THE STATE OF TEXAS vs. MACI LAFAY COLLIER<br><br>Billy W. Byrd<br>Tim Cone | CREDIT CARD OR DEBIT CARD ABUSE<br>Arrest Date:<br><br>Bondsman:<br>A-STRIKE FREE BAIL BONDS |
| 38. | 17,020 JAIL | THE STATE OF TEXAS vs. ROBERT WAYNE BOLES<br><br>Rebecca Ojeman<br>Brandon Winn | ASSAULT FAMILY/HOUSEHOLD MEMBER<br>Arrest Date:<br>02/28/2015<br>Bondsman: |

| | | |
|---|---|---|
| 39. 17,022 | THE STATE OF TEXAS vs.<br>JUSTIN HEATH ALLEN | ASSAULT FAM/HOUSE MEM IMPEDE<br>Arrest Date: |
| | Rebecca Ojeman | Bondsman: |

| | | |
|---|---|---|
| 40. 17,023<br>JAIL | THE STATE OF TEXAS vs.<br>CHARLES LEE MOORE | AGG ASSLT W/DEADLY WEAPON (F2)<br>Arrest Date: |
| | Rebecca Ojeman<br>Tim Cone | Bondsman: |

| | | |
|---|---|---|
| 41. 17,024 | THE STATE OF TEXAS vs.<br>TROY ALLEN BERRY | DRIVING WHILE INTOXICATED 3RD O]<br>Arrest Date:<br>09/19/2014 |
| | Billy W. Byrd<br>David E. Moore | Bondsman:<br>A BAIL BONDS |

| | | |
|---|---|---|
| 42. 17,025<br>JAIL | THE STATE OF TEXAS vs.<br>CHRISTOFER FLOYD GREER | DRIVING WHILE INTOXICATED 3RD O]<br>Arrest Date:<br>03/11/2015 |
| | Natalie Miller<br>John Moore | Bondsman:<br>"A" BAIL BONDS |

| | | |
|---|---|---|
| 43. 17,026 | THE STATE OF TEXAS vs.<br>BILLY DELBERT KELLY JR | DRIVING WHILE INTOXICATED W/CHI:<br>Arrest Date: |
| | Billy W. Byrd<br>Dwight A. Brannon | Bondsman:<br>FAST ACTION BAIL BONDS |

| | | |
|---|---|---|
| 44. 17,027 | THE STATE OF TEXAS vs.<br>DANIEL JAY MEREDITH | POSS CS PG 1 >=1G<4G (F3)<br>Arrest Date:<br>01/30/2015 |
| | Natalie Miller | Bondsman:<br>A-A BAIL BONDS |

| | | |
|---|---|---|
| 45. 17,028 | THE STATE OF TEXAS vs.<br>JEFFERY RAY DAVIS | POSS CS PG 1 >=1G<4G (F3)<br>Arrest Date:<br>01/27/2015 |
| | Billy W. Byrd<br>John Moore | Bondsman:<br>A-STRIKE FREE BAIL BONDS |

| | | |
|---|---|---|
| 46. 17,029 | THE STATE OF TEXAS vs.<br>AMANDA KAYE CLAITOR | POSS CS PG 1 >=1G<4G (F3)<br>Arrest Date:<br>03/22/2015 |
| | Natalie Miller | Bondsman:<br>TEXAS BAIL BONDS |

| | | |
|---|---|---|
| 47. 17,030 | THE STATE OF TEXAS vs. SHANE DANIEL NEIGHBOURS | POSS CS PG 1 <1G (FS) Arrest Date: 01/21/2015 |
| | Natalie Miller Dwight A. Brannon | Bondsman: A-STRIKE FREE BAIL BONDS |
| 48. 17,031 JAIL | THE STATE OF TEXAS vs. TARA LONJELLE DLONIAK | POSS CS PG 1 <1G (FS) Arrest Date: 03/06/2015 |
| | Natalie Miller Matthew R. Patton Iv | Bondsman: |
| 49. 17,032 | THE STATE OF TEXAS vs. CINDY SUE THOMPSON | POSS CS PG 1 <1G (FS) Arrest Date: 03/07/2015 |
| | Natalie Miller Rick Berry | Bondsman: A-STRIKE FREE BAIL BONDS |
| 50. 17,034 JAIL | THE STATE OF TEXAS vs. WAYNE CLINTON JOSEPH | POSS CS PG 1 <1G (FS) Arrest Date: 03/17/2015 |
| | Natalie Miller Edward Choy | Bondsman: |
| 51. 17,035 | THE STATE OF TEXAS vs. FRANKLIN RONALD JACKSON, | POSS CS PG 1 <1G (FS) Arrest Date: 03/03/2015 |
| | Billy W. Byrd Brandon Winn | Bondsman: FRANKLIN JACKSON, II |
| 52. 17,036 JAIL | THE STATE OF TEXAS vs. DAKOTA PRESTON JONES | UNAUTH USE OF VEHICLE (FS) Arrest Date: 04/30/2015 |
| | Natalie Miller J. Scott Novy | Bondsman: |
| 53. 17,037 | THE STATE OF TEXAS vs. CAROL CHRISTY LANDERS | DRIVING WHILE INTOXICATED W/CHI: Arrest Date: 11/02/2012 |
| | Billy W. Byrd Matthew R. Patton Iv | Bondsman: A-A BAIL BONDS |
| 54. 17,044 JAIL | THE STATE OF TEXAS vs. GABRIEL OMAR | SEXUAL ASSLT CHILD (F2) Arrest Date: |
| | Billy W. Byrd Matthew R. Patton Iv | Bondsman: |

```
-------------------------------------------------------------------
55.  17,045      THE STATE OF TEXAS vs.     ENTICING A CHILD W/INT FELONY
                 KEVIN JON YEARWOOD         Arrest Date:

                 Billy W. Byrd              Bondsman:


-------------------------------------------------------------------
56.  17,046      THE STATE OF TEXAS vs.     BURGLARY OF HABITATION   (F2)
                 BRANDON COLE WHITE         Arrest Date:       .

                 Natalie Miller            Bondsman:
                 Craig Bass                 ABA BAIL BONDS

-------------------------------------------------------------------
57.  17,049      THE STATE OF TEXAS vs.     DRIVING WHILE INTOXICATED 3RD OI
                 LOUIS EDWARD CUMMINGS      Arrest Date:
                                            04/12/2015
                 Natalie Miller            Bondsman:
                 Matthew R. Patton Iv       FAST ACTION BAIL BONDS

-------------------------------------------------------------------
58.  17,050      THE STATE OF TEXAS vs.     UNL CARRYING WEAPON ON ALCOHOL
                 WILLIAM DAVID BROWN        Arrest Date:
                                            04/22/2015
                 Billy W. Byrd             Bondsman:
                 David Griffith             A-STRIKE FREE BAIL BONDS

-------------------------------------------------------------------
59.  17,053      THE STATE OF TEXAS vs.     POSS CS PG 1 <1G   (FS)
                 CLAIBORNE ANDREW PANNELL   Arrest Date:
                                            10/11/2014
                 Billy W. Byrd             Bondsman:
                 Barry Wallace              FAST ACTION BAIL BONDS

-------------------------------------------------------------------
60.  17,054      THE STATE OF TEXAS vs.     POSS CS PG 1 <1G   (FS)
                 LASHONDA FRY SPRAYBERRY    Arrest Date:
                                            10/11/2014
                 Billy W. Byrd             Bondsman:
                 Matthew R. Patton Iv       FAST ACTION BAIL BONDS

-------------------------------------------------------------------
61.  17,055      THE STATE OF TEXAS vs.     POSS CS PG 1 <1G   (FS)
                 STEVEN K. MCCRAVEN         Arrest Date:
                                            11/23/2014
                 Billy W. Byrd             Bondsman:
                                            ABA BAIL BONDS

-------------------------------------------------------------------
62.  17,059      THE STATE OF TEXAS vs.     UNAUTH USE OF VEHICLE   (FS)
     JAIL        WHITNEY AMBER PHIFE        Arrest Date:

                 Natalie Miller            Bondsman:
                 Edward Choy
```

| | | | |
|---|---|---|---|
| 63. | 17,061 JAIL | THE STATE OF TEXAS vs. ORLANDOS LUGENE JOHNSON<br><br>Billy W. Byrd<br>Clement Dunn | AGG SEXUAL ASSLT CHILD - COUNT :<br>Arrest Date:<br>04/01/2015<br>Bondsman: |
| 64. | 17,062 | THE STATE OF TEXAS vs. TYLER SHAY ALLEN<br><br>Billy W. Byrd<br>Clifton L. Holmes | SEXUAL ASSLT (F2)<br>Arrest Date:<br><br>Bondsman:<br>'A" BAIL BONDS |
| 65. | 17,063 | THE STATE OF TEXAS vs. WILLIAM SCOTT RUSSELL<br><br>Natalie Miller<br>Dwight A. Brannon | SEXUAL ASSLT CHILD - COUNT I (:<br>Arrest Date:<br><br>Bondsman:<br>A-STRIKE FREE BAIL BONDS |
| 66. | 17,064 JAIL | THE STATE OF TEXAS vs. DAVID LEE MORGAN<br><br>Billy W. Byrd<br>J. Scott Novy | INDECENCY WITH A CHILD SEXUAL<br>Arrest Date:<br><br>Bondsman: |
| 67. | 17,065 JAIL | THE STATE OF TEXAS vs. MARILYN ANN BRACK<br><br>Rebecca Ojeman<br>John Moore | ASSAULT FAM/HOUSE MEM IMPEDE<br>Arrest Date:<br>05/04/2015<br>Bondsman: |
| 68. | 17,066 JAIL | THE STATE OF TEXAS vs. CEDRIC DEMON ACY<br><br>Rebecca Ojeman<br>Barry Clark Wallace | STALKING (F3)<br>Arrest Date:<br>08/13/2014<br>Bondsman: |
| 69. | SEALED | THE STATE OF TEXAS vs. MARIA RUFINA ARROYO<br><br>Billy W. Byrd | THEFT PROP >=$1500 < $20K (FS)<br>Arrest Date:<br><br>Bondsman: |
| 70. | SEALED | THE STATE OF TEXAS vs. JASON MICHEAL BROD<br><br>Natalie Miller | UNAUTH USE OF VEHICLE (FS)<br>Arrest Date:<br><br>Bondsman: |

71.  SEALED      THE STATE OF TEXAS vs.      UNAUTH USE OF VEHICLE   (FS)
                 JASON MICHEAL BROD          Arrest Date:

                 Natalie Miller             Bondsman:

---

72.  SEALED      THE STATE OF TEXAS vs.      THEFT PROP >=$1500 < $20K   (FS)
                 DONNY PAUL CHIASSON         Arrest Date:
                                            06/30/2013
                 Natalie Miller             Bondsman:
                                            A-STRIKE FREE BAIL BONDS

---

73.  SEALED      THE STATE OF TEXAS vs.      DRIVING WHILE INTOXICATED 3RD O
                 OMAR LARA-PONCE             Arrest Date:
                                            09/14/2014
                 Billy W. Byrd              Bondsman:
                                            A-A BAIL BONDS

---

74.  SEALED      THE STATE OF TEXAS vs.      INTOXICATION MANSLAUGHTER W/VEH
                 NOE PAZ-AGUILLON           Arrest Date:
                                            02/01/2014
                 Billy W. Byrd              Bondsman:

---

75.  SEALED      THE STATE OF TEXAS vs.      DRIVING WHILE INTOXICATED 3RD O
                 DAVID BENJAMIN TUTT         Arrest Date:

                 Natalie Miller             Bondsman:

In the 115th Judicial District Court of Upshur County
State of Texas
Honorable Judge Lauren Parish
Criminal Pre-Trial
June 30th, 2015 at1:30PM

| CAUSE NUMBER | STYLE<br>ATTORNEY (PROS/DEF) | OFFENSE |
|---|---|---|
| 1. 12,503 | THE STATE OF TEXAS vs.<br>CARLOS BUNCH JR<br><br>Billy W. Byrd<br>Tim Cone | CRIMINAL NONSUPPORT (FS)<br>Arrest Date:<br><br>Bondsman: |
| 2. 16,159 | THE STATE OF TEXAS vs.<br>MARK ALLEN DUMONT<br><br>Natalie Miller<br>Matthew R. Patton Iv | THEFT PROP >=$20K<$100K (F3)<br>Arrest Date:<br>05/22/2012<br>Bondsman:<br>AAA BAR NONE BAIL BONDS |
| 3. 16,189 | THE STATE OF TEXAS vs.<br>GARRET WALTER LEE<br><br>Billy W. Byrd<br>J. Brett Harrison | AGG SEXUAL ASSLT CHILD (F1)<br>Arrest Date:<br>08/11/2012<br>Bondsman:<br>FAST ACTION BAIL BONDS |
| 4. 16,211 | THE STATE OF TEXAS vs.<br>WYNETTE COOPER<br><br>Billy W. Byrd<br>John Moore | THEFT PROP >=$1500 < $20K (FS)<br>Arrest Date:<br><br>Bondsman:<br>LILLY'S BONDING SERVICE |
| 5. 16,292 | THE STATE OF TEXAS vs.<br>ROBERT DOUGLAS JONES<br><br>Natalie Miller<br>Paul G. Stuckle | SEXUAL PERFORM CHILD<br>Arrest Date:<br>08/05/2014<br>Bondsman:<br>FAST ACTION BAIL BONDS |
| 6. 16,528 | THE STATE OF TEXAS vs.<br>TYLER CRAIG<br><br>Billy W. Byrd<br>Clement Dunn | AGG ASSLT W/DEADLY WEAPON (F2)<br>Arrest Date:<br>05/21/2014<br>Bondsman: |

---

7.  16,553    THE STATE OF TEXAS vs.      CREDIT CARD OR DEBIT CARD ABUSE
              COLLIN ASTON MCBRIDE        Arrest Date:

              Billy W. Byrd              Bondsman:
              Clement Dunn               JAMES BAIL BONDS

---

8.  16,580    THE STATE OF TEXAS vs.      FORGERY GOVT/NATIONAL
              DAVID BRUCE WILLIAMS        Arrest Date:
                                         11/15/2013
              Natalie Miller             Bondsman:
              Tim Cone                   A-STRIKE FREE BAIL BONDS

---

9.  16,607    THE STATE OF TEXAS vs.      AGG SEXUAL ASSLT CHILD - COUNT
              ALAN WAYNE HAYDEN           Arrest Date:
                                         01/13/2014
              Natalie Miller             Bondsman:
              Joe W. Newsom Jr.          JOE W. NEWSOM, JR.

---

10. 16,654    THE STATE OF TEXAS vs.      THEFT PROP >=$1500 < $20K   (FS)
    JAIL      CHRISTOPHER CLAY           Arrest Date:
                                         10/24/2013
              Billy W. Byrd              Bondsman:
              David L. James

---

11. 16,655    THE STATE OF TEXAS vs.      THEFT PROP >=$20K<$100K   (F3)
    JAIL      CHRISTOPHER CLAY           Arrest Date:
                                         06/19/2013
              Billy W. Byrd              Bondsman:
              David L. James

---

12. 16,656    THE STATE OF TEXAS vs.      THEFT PROP >=$1500 < $20K   (FS)
    JAIL      CHRISTOPHER CLAY           Arrest Date:
                                         10/08/2013
              Billy W. Byrd              Bondsman:
              David L. James

---

13. 16,657    THE STATE OF TEXAS vs.      THEFT PROP >=$1500 < $20K   (FS)
    JAIL      CHRISTOPHER CLAY           Arrest Date:
                                         10/10/2013
              Billy W. Byrd              Bondsman:
              David L. James

---

14. 16,658    THE STATE OF TEXAS vs.      THEFT PROP >=$1500 < $20K   (FS)
    JAIL      CHRISTOPHER CLAY           Arrest Date:
                                         08/27/2013
              Billy W. Byrd              Bondsman:
              David L. James

| | | | |
|---|---|---|---|
| 15. | 16,659 JAIL | THE STATE OF TEXAS vs. CHRISTOPHER CLAY | THEFT PROP >=$1500 < $20K (FS) Arrest Date: 03/19/2014 |
| | | Billy W. Byrd David L. James | Bondsman: |
| 16. | 16,660 JAIL | THE STATE OF TEXAS vs. CHRISTOPHER CLAY | THEFT PROP >=$1500 < $20K (FS) Arrest Date: 03/19/2014 |
| | | Billy W. Byrd David L. James | Bondsman: |
| 17. | 16,661 JAIL | THE STATE OF TEXAS vs. CHRISTOPHER CLAY | THEFT PROP >=$1500 < $20K (FS) Arrest Date: 04/10/2013 |
| | | Billy W. Byrd David L. James | Bondsman: |
| 18. | 16,662 JAIL | THE STATE OF TEXAS vs. CHRISTOPHER CLAY | THEFT PROP >=$20K<$100K ENH (F: Arrest Date: 03/19/2014 |
| | | Billy W. Byrd David L. James | Bondsman: |
| 19. | 16,784 | THE STATE OF TEXAS vs. CHRISTOPHER ALAN RAY | AGG SEXUAL ASSLT CHILD - COUNT Arrest Date: |
| | | Natalie Miller Tim Cone | Bondsman: "A" BAIL BONDS |
| 20. | 16,799 | THE STATE OF TEXAS vs. JACOB JOE YOUNG | MAN/DEL CS PG 1 >= 4G < 200G ( Arrest Date: 05/10/2014 |
| | | Natalie Miller Matthew Patton | Bondsman: |
| 21. | 16,805 | THE STATE OF TEXAS vs. BRENDA MICHELLE BOWDION | POSS CS PG 1 <1G (FS) Arrest Date: 08/15/2013 |
| | | Billy W. Byrd John Moore | Bondsman: A-STRIKE FREE BAIL BONDS |
| 22. | 16,843 | THE STATE OF TEXAS vs. ASHLEY NICHOLE GRUBBS | THEFT PROP <$1500 2/MORE PREV C Arrest Date: |
| | | Natalie Miller John Moore | Bondsman: |

---

23. 16,844   THE STATE OF TEXAS vs.     ENGAGING IN ORGANIZED CRIMINAL
             CHRISTOPHER WAYNE DAVIS    Arrest Date:

             Billy W. Byrd             Bondsman:
             Hayward M. Rigano          ABA BAIL BONDS

---

24. 16,852   THE STATE OF TEXAS vs.     DRIVING WHILE INTOXICATED 3RD O]
    JAIL     WARREN GEE HAWKINS         Arrest Date:

             Billy W. Byrd             Bondsman:
             John Moore

---

25. 16,862   THE STATE OF TEXAS vs.     EVADING ARREST DET W/VEH   (F3)
             CHRISTOPHER ALLEN SHANNON  Arrest Date:

             Natalie Miller            Bondsman:
             Tom Mccorkle               TODD TEFTELLER

---

26. 16,863   THE STATE OF TEXAS vs.     UNL POSS FIREARM BY FELON   (F3)
    JAIL     QUENTIN RICHARD TRAUTNER   Arrest Date:
                                        07/22/2014
             Natalie Miller            Bondsman:
             Dwight A. Brannon

---

27. 16,868   THE STATE OF TEXAS vs.     POSS CS PG 1 >=1G<4G   (F3)
             DENNIS FREDERICK GOODMAN   Arrest Date:

             Billy W. Byrd             Bondsman:
             John Moore                 A-STRIKE FREE BAIL BONDS

---

28. 16,877   THE STATE OF TEXAS vs.     ASSAULT FAM/HOUSE MEM IMPEDE
             ANTHONY B. FLOYD           Arrest Date:
                                        08/11/2014
             Rebecca Ojeman            Bondsman:
             Craig Bass

---

29. 16,879   THE STATE OF TEXAS vs.     STALKING   (F3)
    JAIL     CEDRIC DEMON ACY           Arrest Date:
                                        08/13/2014
             Rebecca Ojeman            Bondsman:
             Barry Wallace

---

30. 16,880   THE STATE OF TEXAS vs.     ASSAULT FAM/HOUSE MEM IMPEDE
             CHAD LAMONT THOMAS         Arrest Date:
                                        07/18/2014
             Rebecca Ojeman            Bondsman:
             Joe W. Newsom Jr.          JOE W. NEWSOM, JR.

---

31. 16,881    THE STATE OF TEXAS vs.    ASSAULT INT/RECK BREATH/CIRC FAI
KELLY WAYNE HANEY    Arrest Date:
08/20/2014
Rebecca Ojeman    Bondsman:
Tim Cone    "A" BAIL BONDS

---

32. 16,885    THE STATE OF TEXAS vs.    SEXUAL ASSLT CHILD - COUNT I  (
JAIL    DENNIS EUGENE BURTON    Arrest Date:

Billy W. Byrd    Bondsman:
Tim Cone

---

33. 16,899    THE STATE OF TEXAS vs.    THEFT PROP <$1500 2/MORE PREV C(
BOBBIE DARROW HONEYCUTT,    Arrest Date:
09/13/2014
Billy W. Byrd    Bondsman:
J. Scott Novy    A-STRIKE FREE BAIL BONDS

---

34. 16,901    THE STATE OF TEXAS vs.    EVADING ARREST DET W/VEH  (F3)
CALUM LEN FOLDENAUER    Arrest Date:
10/09/2014
Billy W. Byrd    Bondsman:
Brandon Winn    BAIL BOND COMPANY (WILLIE

---

35. 16,925    THE STATE OF TEXAS vs.    MAN/DEL CS PG 1 < 1 G  (FS)
DREWE ANN REESE    Arrest Date:

Billy W. Byrd    Bondsman:
John Moore    TEXAS BAIL BONDS

---

36. 16,926    THE STATE OF TEXAS vs.    MAN/DEL CS PG 1 < 1 G  (FS)
DREWE ANN REESE    Arrest Date:

Billy W. Byrd    Bondsman:
John Moore    TEXAS BAIL BONDS

---

37. 16,929    THE STATE OF TEXAS vs.    POSS CS PG 1 >=1G<4G  (F3)
MICHAEL HENRY SMITH    Arrest Date:

Natalie Miller    Bondsman:
Tim Cone    A STRIKE FREE BAIL BOND

---

38. 16,931    THE STATE OF TEXAS vs.    DRIVING WHILE INTOXICATED 3RD O
JAIL    TONY LEE COLLIER    Arrest Date:
10/02/2014
Billy W. Byrd    Bondsman:
Tim Cone

39. 16,936    THE STATE OF TEXAS vs.    BURGLARY OF BUILDING    (FS)
HOGAN DARANCE NUGENT    Arrest Date:

Natalie Miller    Bondsman:
J. Scott Novy    A.B.A. BAIL BONDS

---

40. 16,942    THE STATE OF TEXAS vs.    POSS CS PG 1 >=1G<4G    (F3)
DEBRA HENNIS FARMER    Arrest Date:
06/07/2014
Billy W. Byrd    Bondsman:
Edward Choy    A-STRIKE FREE BAIL BONDS

---

41. 16,956    THE STATE OF TEXAS vs.    BURGLARY OF HABITATION    (F2)
ROBERT HARNESS    Arrest Date:
11/08/2014
Billy W. Byrd    Bondsman:
Brandon Winn    ROBERT HARNESS

---

42. 16,958    THE STATE OF TEXAS vs.    INJ CHILD/ELDERLY/DISABLED RECK
MICAH THOMAS EDGE    Arrest Date:

Tim Cone    Bondsman:
David Griffith    DAVID GRIFFITH ATTY

---

43. 16,962    THE STATE OF TEXAS vs.    MAN/DEL CS PG 1 >= 4G < 200G    (
JAIL    JAMES EDWARD MAY    Arrest Date:
10/09/2014
Natalie Miller    Bondsman:
Tim Cone

---

44. 16,963    THE STATE OF TEXAS vs.    MAN/DEL CS PG 1 >= 4G < 200G    (
JAIL    JAMES EDWARD MAY    Arrest Date:
01/21/2015
Natalie Miller    Bondsman:
Tim Cone

---

45. 16,964    THE STATE OF TEXAS vs.    POSS CS PG 1 >=4G<200G    (F2)
GARY DON TRUSSELL, JR.    Arrest Date:
10/01/2014
Natalie Miller    Bondsman:
Craig Bass    COLEMAN BAIL BONDS

---

46. 16,965    THE STATE OF TEXAS vs.    MAN/DEL CS PG 1 < 1 G    (FS)
APRIL MICHELLE GORDON    Arrest Date:
08/14/2014
Natalie Miller    Bondsman:
Barry Wallace    A-STRIKE BAIL BONDS

| 47. | 16,966 | THE STATE OF TEXAS vs.<br>BILLY THOMAS CATE | POSS CS PG 1 <1G  (FS)<br>Arrest Date:<br>08/14/2014 |
| | | Natalie Miller<br>John W. Moore | Bondsman:<br>A-STRIKE FREE BAIL BONDS |

| 48. | 16,967 | THE STATE OF TEXAS vs.<br>ROBERT DALE PICKETT | POSS CS PG 1 <1G  (FS)<br>Arrest Date:<br>11/02/2014 |
| | | Billy W. Byrd | Bondsman:<br>ABA BAIL BONDS |

| 49. | 16,968<br>JAIL | THE STATE OF TEXAS vs.<br>CHRISTOPHER RYAN COLLIER | BURGLARY OF HABITATION  (F2)<br>Arrest Date:<br>09/23/2014 |
| | | Natalie Miller<br>Craig Bass | Bondsman: |

| 50. | 16,976 | THE STATE OF TEXAS vs.<br>TAMIYA LASHAE MCGEE | ASSAULT PUBLIC SERVANT  (F3)<br>Arrest Date:<br>01/20/2015 |
| | | Billy W. Byrd<br>Brandon Winn | Bondsman: |

| 51. | 16,977 | THE STATE OF TEXAS vs.<br>RONALD A. ZAVALA | ASSAULT PUBLIC SERVANT  (F3)<br>Arrest Date:<br>12/12/2014 |
| | | Billy W. Byrd<br>Tim Cone | Bondsman:<br>A BAIL BONDS |

| 52. | 16,980<br>JAIL | THE STATE OF TEXAS vs.<br>GILBERTO HERNANDEZ GARCIA | AGG SEXUAL ASSLT CHILD - COUNT :<br>Arrest Date:<br>02/04/2015 |
| | | Billy W. Byrd<br>Clement Dunn | Bondsman: |

| 53. | 16,982 | THE STATE OF TEXAS vs.<br>SHANE DANIEL NEIGHBOURS | BURGLARY OF BUILDING  (FS)<br>Arrest Date: |
| | | Natalie Miller<br>Dwight A. Brannon | Bondsman:<br>A STRIKE FREE BAIL BOND |

| 54. | 16,984 | THE STATE OF TEXAS vs.<br>STACEY MARIE APPLEGATE | DRIVING WHILE INTOXICATED W/CHI:<br>Arrest Date:<br>12/17/2014 |
| | | Billy W. Byrd<br>John Moore | Bondsman:<br>BRISON & BRISON BAIL BONDS |

| 55. | 16,986 | THE STATE OF TEXAS vs. ROBERT DEVERAL BARBER | EVADING ARREST DET W/VEH (F3)<br>Arrest Date: |
| | | Natalie Miller<br>Edward Choy | Bondsman:<br>A STRIKE FREE BAIL BOND |

| 56. | 16,988 | THE STATE OF TEXAS vs. CALVIN CRAIG WEBB | OBSTRUCTION OR RETALIATION (F3<br>Arrest Date:<br>01/15/2015 |
| | | Billy W. Byrd<br>Craig Bass | Bondsman:<br>A-STRIKE FREE BAIL BONDS |

| 57. | 16,989 | THE STATE OF TEXAS vs. DARLENE HARRIS WEATHERBY | CREDIT CARD OR DEBIT CARD ABUSE<br>Arrest Date: |
| | | Natalie Miller<br>John Moore | Bondsman:<br>A STRIKE FREE BAIL BOND |

| 58. | 16,990 | THE STATE OF TEXAS vs. MITZI CURBEY | EVADING ARREST DET W/VEH (F3)<br>Arrest Date:<br>11/26/2014 |
| | | Natalie Miller<br>John Moore | Bondsman:<br>COWBOY JIM'S BAIL BOND |

| 59. | 16,991 | THE STATE OF TEXAS vs. GENA CAROL CHIDESTER | THEFT PROP >=$1500 < $20K (FS)<br>Arrest Date: |
| | | Billy W. Byrd<br>Matthew R. Patton Iv | Bondsman: |

| 60. | 16,992<br>JAIL | THE STATE OF TEXAS vs. SASHA GEORGE | CRIM MISCH>=$1,500<$20K (FS)<br>Arrest Date: |
| | | Billy W. Byrd<br>Craig Bass | Bondsman: |

| 61. | 16,994 | THE STATE OF TEXAS vs. DREWE ANN REESE | POSS CS PG 1 <1G (FS)<br>Arrest Date:<br>01/05/2015 |
| | | Billy W. Byrd<br>John Moore | Bondsman:<br>TEXAS BAIL BONDS |

| 62. | 16,995 | THE STATE OF TEXAS vs. JANIS LEAH CHILDRESS | POSS CS PG 1 <1G (FS)<br>Arrest Date:<br>01/09/2015 |
| | | Billy W. Byrd<br>Brandon Winn | Bondsman:<br>A-STRIKE FREE BAIL BONDS |

```
63.  SEALED        THE STATE OF TEXAS vs.     BURGLARY OF HABITATION  (F2)
                   DILLON BEDELL BURNETT      Arrest Date:
                                              09/17/2013
                   Billy W. Byrd             Bondsman:
                   Dwight A. Brannon         JAMES BAIL BONDS
```

In the 115th Judicial District Court of Upshur County
State of Texas
Honorable Judge Lauren Parish
Daily Docket
July 2nd, 2015

======
9:00AM
======

1.          In the Matter of the Marriage of AMANDA
711-13      MICHELLE MCPHAIL                         MICHAEL D. MARTII
            AND
            CLIFFORD AURTHUR MCPHAIL                 PROSE

PROVE-UP HEARING

---------------------------------------------------------------------------

2.          In the Matter of the Marriage of KARA
26-15       DANIELLE BOLTSHAUSER                     MICHAEL D MARTIN
            AND
            JERROD SHAWN BOLTSHAUSER

PROVE-UP HEARING

---------------------------------------------------------------------------

3.          In the Matter of the Marriage ofARTHUR
159-15      EVAN RAY                                 MICHAEL D MARTIN
            AND
            KATRINA WOOD RAY

DEFAULT JUDGMENT

---------------------------------------------------------------------------

4.          LEANN WAUNELL BALL
16,719      Motion to Revoke Probation    (FS)
                                                     Natalie Miller.
                                                     BARRY WALLACE

MOTION TO REVOKE HEARING
---------------------------------------------------------------------------

5.          IN RE:
312-15      K. JOHNSON                               LARYSSA M. KORDUI

TRANSFER OF STRUCTURED SETTLEMENT

---

6.
322-15
CBC SETTLEMENT FUNDING, LLC AND HEATHER
GUNTER                                    MIRIAM SUTHERLAND
vs.
AMERICAN GENERAL LIFE INSURANCE COMPANY

TRANSFER OF STRUCTURED SETTLEMENT

======
2:00PM
======

7.
194-15
In the Matter of the Marriage of ANGELA
DENISE CULLINS                            PROSE
AND
JIMMY CHARLES CULLINS                     PROSE

PROVE-UP HEARING

---

8.
263-15
In the Matter of the Marriage of JERICHA
JONES-KELLY                               JORDAN GLAZE
AND
ANTONIO JONES-KELLY                       KELLY M. HEITKAM

PROTECTIVE ORDER

Upshur County      C O U R T  A D M I N I S T R A T I O N      06 JUL 2015
Honorable Judge Dean Fowler
County Court CRIMINAL DOCKET
The Software Group, Inc.  07/06/15 (Monday, July 6th, 2015 at 8:30AM)    Page 1

| ..... Cause..... | Defendant......................... | Offense & Degree......... | Defendant Attorney........ |
|---|---|---|---|
| 1. 37,809 | BRAVO, JAMIE LYNN | DRIVING W/LIC INV W/PREV CONV/SUSP/W/O FIN RES (MB) | |
| Arrest Date 02/28/2015 | | | |
| 2. 37,849 | BROOKS, DONNIE DEAN | THEFT PROP>=$50<$500 (MB) | |
| Arrest Date 05/03/2015 | | | |
| 3. 37,720 | CHRISTIAN, RAVEN ARNEICE | DRIVING W/LIC INV W/PREV CONV/SUSP/W/O FIN RES (MB) | |
| 4. 37,308 | CLAITOR, JOSHUA GARETH | DRIVING W/LIC INV W/PREV CONV/SUSP/W/O FIN RES (MB) | |
| Arrest Date 05/19/2014 | | | |
| 5. 37,774 | COOK, CHARLES LESLIE | SPEEDING - APPEAL (MT) | MATTHEW R. PATTON IV |
| 6. 37,876 | DARDEN, BILLY WAYNE | ATTEMPT TO COMMIT POSS CS PG 1 <1G (MA) | CRAIG BASS |
| Arrest Date 04/03/2015 | | | |
| 7. 37,584 | DAVIS, CEDRIC DEWAYNE | BURGLARY OF VEHICLE (MA) | |
| Arrest Date 01/15/2014 | | | |
| 8. 37,340 | DILLARD, TOMMY RAY | TERRORISTIC THREAT OF FAMILY/HOUSEHOLD (MA) | |
| Arrest Date 07/30/2014 | | | |
| 9. 37,328 | DILLARD, TOMMY RAY | TERRORISTIC THREAT OF FAMILY/HOUSEHOLD (MA) | |
| 10. 37,829 | EVANS, JESSIE WAYNE | DRIVING WHILE INTOXICATED 2ND (MA) | |
| Arrest Date 03/21/2015 | | | |
| 11. 37,562 | FREEMAN, ROBERT ALAN | ATTEMPT TO COMMIT EVADING ARREST DETENTION (MB) | EDWARD CHOY |
| Arrest Date 11/29/2014 | | | |

1

| 12. | 37,537 | GORDON, GREGORY WAYNE | DRIVING W/LIC INV W/PREV CONV/SUSP/W/O FIN RES (MB) | |

Arrest Date
11/08/2014

---

| 13. | 37,427 | GUNTER, HEATHER L | DRIVING W/LIC INV W/PREV CONV/SUSP/W/O FIN RES (MB) | MATTHEW R. PATTON IV |

| 14. | 37,615 | GUNTER, HEATHER L | DRIVING W/LIC INV W/PREV CONV/SUSP/W/O FIN RES (MB) | MATTHEW R. PATTON IV |

Arrest Date
11/18/2014

---

| 15. | 37,219 | HARDY, CHRYSTAL | THEFT PROP>=$50<$500 (MB) | CLEMENT DUNN |

Arrest Date
06/05/2014

---

| 16. | 37,248 | HARRIS, DEVEN DEE | CRIMINAL MISCHIEF>$50<$500 (MB) | MATTHEW R. PATTON IV |

---

| 17. | 37,552 | HILL, ARTHUR DENNIS | POSS MARIJ <2OZ (MB) | DAVID GRIFFITH |

Arrest Date
11/30/2014

---

| 18. | 37,847 | HIMES, DYLAN MICHAEL | FAIL TO ID FUGITIVE INTENT GIVE FALSE INFO (MA) | |

Arrest Date
04/25/2015

| 19. | 37,846 | HIMES, DYLAN MICHAEL | POSS MARIJ <2OZ (MB) | |

Arrest Date
04/24/2015

---

| 20. | 37,815 | HUGHES, JARRETT RANSOM | DRIVING W/LIC INV W/PREV CONV/SUSP/W/O FIN RES (MB) | |

Arrest Date
12/30/2014

---

| 21. | 37,192 | INGRAM, CASSANDRA MCKINLEY | POSS MARIJ <2OZ (MB) | EDWARD CHOY |

Arrest Date
06/01/2014

---

| 22. | 37,704 | JOHNSON, ADRIAN OKEITH | EVADING ARREST DETENTION (MA) | |

Arrest Date
10/09/2014

| 23. | 37,813 | JOHNSON, ADRIAN OKEITH | EVADING ARREST DETENTION (MA) | |

Arrest Date
03/30/2015

---

| 24. | 37,042 | JONES, CAMIE DENAE | THEFT OF SERV >=$500<$1,500 (MA) | MICHAEL D MARTIN |

---

| 25. | 37,735 | KERN, COLE MICHAEL | DRIVING WHILE INTOXICATED (MB) | KEVIN SETTLE |

Arrest Date
09/16/2014

----

| 26. | 37,872 | MALES, ZANE ALAN | FALSE REPORT TO POLICE OFF/SP INV/LAW ENF EMPL (MB) | |

Arrest Date
12/25/2014

----

| 27. | 37,617 | MCGEE, RONALD CURTIS | DRIVING W/LIC INV W/PREV CONV/SUSP/W/O FIN RES (MB) | MATTHEW R. PATTON IV |

Arrest Date
12/15/2014

----

| 28. | 36,926 | MEADOWS, JOSHUA ERIK | THEFT PROP>=$500 < $1500 (MA) | MATTHEW R. PATTON IV |

Arrest Date
11/06/2013

----

| 29. | 37,852 | NIX, WILLIAM DONALD | CRIMINAL TRESPASS (MB) | |

Arrest Date
02/04/2015

----

| 30. | 37,687 | PENA, MARIO AUGUSTIN | DRIVING W/LIC INV W/PREV CONV/SUSP/W/O FIN RES (MB) | |

Arrest Date
01/24/2015

----

| 31. | 37,180 | REED, NORMAN DENNIS | VIOL PROTECT ORDER BIAS/PREJUDICE (MA) | JOHN MOORE |

----

| 32. | 36,846 | REEL, JOE LOUIS | DRIVING W/LIC INV W/PREV CONV/SUSP/W/O FIN RES (MB) | |

Arrest Date
08/15/2013

----

| 33. | 37,553 | REEVES, MISTY ANNE | DRIVING W/LIC INV W/PREV CONV/SUSP/W/O FIN RES (MB) | |

Arrest Date
09/22/2014

----

| 34. | 37,861 | RICHARDSON, LINDSAY MORGAN | POSS DANGEROUS DRUG (MA) | |

Arrest Date
03/23/2015

----

| 35. | 37,543 | SMITH, TYLER BLAKE | DRIVING WHILE INTOXICATED (MB) | |

----

| 36. | 37,651 | SONES, CINDY | DRIVING WHILE INTOXICATED/OPEN ALCH CONTAINER (MB) | MICHAEL D MARTIN |

Arrest Date
12/29/2014

----

| 37. | 37,683 | TROTTER, BOBBY LEON | ASSAULT CAUSES BODILY INJURY FAMILY MEMBER (MA) | MATTHEW R. PATTON IV |

-----

| 38. | 37,882 | TUCKER, JENNIFER NICOLE | THEFT PROP>=$50<$500 (MB) |

-----

| 39. | 37,448 | TURNER, JEFFERY CRIST | FAIL TO ID FUGITIVE INTENT GIVE FALSE INFO (MA) | JOHN MOORE |

Arrest Date
09/04/2014

-----

| 40. | 37,893 | WILLINGHAM, JOHN MICHAEL | POSS MARIJ <2OZ (MB) |

Arrest Date
06/15/2015

| 41. | 37,892 | WILLINGHAM, JOHN MICHAEL | POSS MARIJ <2OZ (MB) |

Arrest Date
04/11/2015

-----

```
-------------------------------------------------------------------------------
Upshur County                    C O U R T  A D M I N I S T R A T I O N                06 JUL 2015
                                    Honorable Judge Dean Fowler
                                    County Court CRIMINAL DOCKET
The Software Group, Inc.          07/06/15 (Monday, July 6th, 2015 at 1:30PM)                Page 1
-------------------------------------------------------------------------------
```

| ..... Cause..... | Defendant........................... | Offense & Degree.......... | Defendant Attorney........ |
|---|---|---|---|
| 1.   37,869 | GRIMALDO, KIMBERLY NEWMAN | THEFT PROP>=$50<$500   (MB) | MATTHEW R. PATTON IV |

Arrest Date
02/19/2015

| | | | |
|---|---|---|---|
| 2.   35,803 | HINTON, BRIAN PAUL | MOTION TO REVOKE PROBATION (MB)<br>THEFT PROP>=$50<$500   (MB) | |
| 3.   36,828 | JOHNSON, GABRIEL LAMAR | MOTION TO REVOKE PROBATION (MB)<br>INDECENT EXPOSURE   (MB) | |
| 4.   36,674 | KNOX, STEFONI ELYSE | MOTION TO REVOKE PROBATION (MB)<br>ACCIDENT INVOLVING DAMAGE | TIM CONE |
| 5.   34,895 | LECRONE, SONNY | MOTION TO REVOKE PROBATION (MB)<br>THEFT PROP>=$50<$500   (MB) | |
| 6.   36,812 | MCCELLON, MICHAEL STEVEN | MOTION TO REVOKE PROBATION (MA)<br>POSS DANGEROUS DRUG   (MA) | |
| 7.   37,835 | MURRELL, JAMES ALTON, JR | DRIVING W/LIC INV W/PREV CONV/SUSP/W/O FIN RES (MB) | |
| 8.   36,228 | MURRELL, JAMES ALTON, JR | MOTION TO REVOKE PROBATION (MB)<br>THEFT PROP>=$50<$500   (MB) | |
| 9.   36,961 | NEWMAN, KIMBERLY LARAY | MOTION TO REVOKE PROBATION (MB)<br>THEFT PROP>=$50<$500   (MB) | MATTHEW R. PATTON IV |
| 10.   36,587 | STANFIELD, CAMERON BLAKE | MOTION TO REVOKE PROBATION (MB)<br>POSS MARIJ <2OZ   (MB) | |
| 11.   37,173 | WADE, STEVEN ERIC | MOTION TO REVOKE PROBATION (MB)<br>DRIVING WHILE INTOXICATED | O. W. LOYD |
| 12.   33,591 | WILKERSON, RAYFORD | MOTION TO REVOKE PROBATION (MB)<br>THEFT PROP>=$50<$500   (MB) | |

| 13. | 36,429 | WILSON, JEFFERY LOUIS | MOTION TO REVOKE PROBATION (MA) RESIST ARREST SEARCH OR | MATTHEW R. PATTON IV |
|-----|--------|----------------------|------------------------------------------------------------|----------------------|
| 14. | 36,229 | YALE, CLINTON SCOTT | MOTION TO REVOKE PROBATION (MA) THEFT PROP>=$500 < $1500 | O. W. LOYD |
| 15. | 36,272 | YALE, CLINTON SCOTT | MOTION TO REVOKE PROBATION (MB) DRIVING WHILE INTOXICATED | O. W. LOYD |